UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES BUCKLEY et al.,
:
                           Plaintiffs,   :        18 Civ. 3309 (LGS)
:
      -against-                      :        ORDER
:
THE NATIONAL FOOTBALL LEAGUE,  :
                           Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on November 23, 2020, Plaintiffs filed an unopposed motion for settlement of their wage-and-hour claims in this Fair Labor Standards Act ("FLSA") case (Dkt. No. 81-1).

       WHEREAS, in evaluating the adequacy of a proposed FLSA settlement, courts must consider, *inter alia*, documentation supporting an award of attorneys' fees and costs, *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), and the plaintiffs' range of possible recovery at trial, *see Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012).

       WHEREAS, Plaintiffs seek $15,000 in attorneys' fees and costs but have not provided documentary evidence supporting that claim.

       WHEREAS, Plaintiffs estimate their recovery at trial to be up to "three (or four, in certain cases) times unpaid overtime wages" but do not provide a calculation of that amount. (Dkt. No. 81-1 at 6). Accordingly, it hereby

       **ORDERED** that by **December 4, 2020**, Plaintiffs shall file (1) documentation substantiating their claims for attorneys' fees and costs and (2) their best numerical estimate of potential recovery at trial, including any documentary support of unpaid wages and overtime.

Dated: November 24, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE