UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BUCKLEY, RODNEY DAVIS, MARIO DIFONZO, EDWARD DUBOIS, III, DON FUHRMAN, WALTER MARTIN, MARK NINEHOUSER, JOHNNY SMITH, AND RICHARD WELSH<br><br>Plaintiffs,<br>v.<br>NATIONAL FOOTBALL LEAGUE,<br>Defendant. | Civ. No. 18-cv-3309 (LGS)<br><br>**STIPULATION & ORDER OF DISCONTINUANCE WITH PREJUDICE** |

IT IS HEREBY SITPULATED AND AGREED by and between the undersigned counsel for Plaintiff James Buckley and the NFL that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, any and all claims asserted by Buckley in the Action, except as to claims arising under the federal Fair Labor Standards Act, the New Jersey Wage Payment Law, N.J.S.A. §§ 34:11-4.1, *et seq.*; and New Jersey Wage and Hour Law, N.J.S.A. §§ 34:11-56a, are hereby dismissed with prejudice and without costs to any party or against any other party.

Dated: New York, New York
       December 11, 2020

Respectfully submitted,

_Marion R. Harris_
Joshua Zuckerberg
Lisa Buckley
Marion Harris
PRYOR CASHMAN LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
jzuckerberg@pryorcashman.com
lbuckley@pryorcashman.com
mharris@pryorcashman.com
*Counsel for Plaintiff James Buckley*

_Elise Bloom_
Elise M. Bloom
Noa M. Baddish
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York
10036 Telephone: (212) 969-3000 Facsimile: (212) 969-2900
ebloom@proskauer.com
nbaddish@proskauer.com
*Counsel for Defendant*

120061898v1

**SO ORDERED:**

_____
The Honorable Lorna G. Schofield,
United States District Judge

120061898v1